■ Nicolae Calinescu, Appellant, v 167 LLC, Respondent. [1 NYS3d 812]—

Appeal from order, Supreme Court, Bronx County (Betty Owen Stinson, J.), entered June 20, 2014, which struck plaintiff's note of issue, and directed plaintiff to comply with the directives of the preliminary conference order, unanimously dismissed, without costs, as taken from a nonappealable paper.

The court's order did not resolve a motion made on notice, and thus is not appealable as of right (*see* CPLR 5701 [a] [2]; *Sholes v Meagher*, 100 NY2d 333, 336 [2003]; *see also Smith v United Church of Christ*, 95 AD3d 581, 582 [1st Dept 2012], *lv denied and dismissed* 19 NY3d 940 [2012]). Concur—Friedman, J.P., Sweeny, Saxe, Feinman and Clark, JJ.

■ The People of the State of New York, Respondent, v Darrell Frazier, Appellant. [1 NYS3d 812]—

Judgment, Supreme Court, New York County (Daniel Mc-Cullough, J.), rendered January 17, 2013, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, assault in the third degree, menacing in the second degree (two counts) and criminal mischief in the fourth degree, and sentencing him, as a second felony offender, to an aggregate term of two to four years, unanimously affirmed.

The court properly exercised its discretion in precluding defendant from calling his mother as a witness since she was not present during the incident and the probative value of her proposed testimony was outweighed by the risk of confusing the issues, misleading the jury or inviting improper speculation (*see People v Corby*, 6 NY3d 231, 234-235 [2005]; *People v Aska*, 91 NY2d 979, 981 [1998]). In any event, any error in the preclusion of defendant's mother's testimony was harmless (*see People v Crimmins*, 36 NY2d 230 [1975]). Concur—Friedman, J.P., Sweeny, Saxe, Feinman and Clark, JJ.